IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  No. CV 11-401 RB/WDS
                                                     CR 06-706 RB

VICTOR CLAY RICHARDSON,

    Defendant.

**O R D E R**

    This matter is before the Court on Defendant's motion to vacate, set aside, or correct sentence. Pursuant to 28 U.S.C. § 2255 R.4, the Court will order the United States to answer Defendant's motion.

    IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States Attorney a copy of Defendant's motion to vacate, set aside, or correct sentence and supporting papers and exhibits, if any, together with a copy of this Order;

    IT IS FURTHER ORDERED that, within twenty-three days from entry of this Order, the United States answer Defendant's motion to vacate, set aside, or correct sentence.

_____
UNITED STATES MAGISTRATE JUDGE