IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VICTOR CLAY RICHARDSON**,
**Defendant/Movant,**

v.                                                                                  **Case Nos. CV 11-401**
                                                                                                **CR 06-706**
**UNITED STATES OF AMERICA,**
**Plaintiff/Respondent.**

## ORDER

**THIS MATTER** came before the Court on Petitioner's motion pursuant to 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody (Docket No. 1) and on Petitioner's Motion for Summary Judgment (Docket No. 10). Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which Petitioner did not object, and being otherwise fully advised, I find that the motions should be denied.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Petitioner's motion to vacate, set aside, or correct sentence (Docket No. 1) is **DENIED**, and Petitioner's Motion for Summary Judgment is **DENIED**.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**